IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| Hassan Sultan ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-00457 |
| ) | (MSN/LRV) |
| ) | |
| Nosheen H. Malik, et al ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on 10/30/2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendants.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
J. Lanham
Deputy Clerk

Dated: 10/30/2023
Alexandria, Virginia